CUSTODY, NRESTRAINT, TERMINATED,

# U.S. District Court
# District of Oregon (Portland (3))
# CRIMINAL DOCKET FOR CASE #: 3:21−mj−00225−1

| | |
|---|---|
| Case title: USA v. Hernandez−Zamora | Date Filed: 12/03/2021 |
| Other court case number: 3:21−cr−00062−JMK District of Alaska (Anchorage) | Date Terminated: 12/07/2021 |

Assigned to: Unassigned

**Defendant (1)**

**Rolando Hernandez−Zamora**  represented by  **Bryan Francesconi**
USM #15955−006                                 Office of the Federal Public Defender
*TERMINATED: 12/07/2021*                       101 S.W. Main Street
                                               Suite 1700
                                               Portland, OR 97204
                                               503−326−2123
                                               Fax: 503−326−5524
                                               Email: bryan_francesconi@fd.org
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*
                                               *Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                             **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                          **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                 **Disposition**

18:3148 Violation of conditions of release

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Meredith Bateman**<br>United States Attorney's Office<br>1000 SW 3rd Avenue<br>Ste #600<br>Portland, OR 97204<br>503–727–1087<br>Email: meredith.bateman@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

Email All Attorneys

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/03/2021 | 1 | | Documents Received From Other Court as to Rolando Hernandez–Zamora from District of Alaska (Anchorage) Case No: 3:21–cr–00062–JMK–MMS–1 (sb) (Entered: 12/03/2021) |
| 12/03/2021 | 2 | | **(DOCUMENT FILED UNDER SEAL)**, Documents Received From Other Court: Petition for Action on Conditions of Pretrial Release as to Rolando Hernandez–Zamora from District of Alaska (Anchorage) Case No: 3:21–cr–00062–JMK–MMS–1 (Attachments: # 1 Arrest Warrant) (sb) (Entered: 12/03/2021) |
| 12/03/2021 | 3 | | **Minutes of Proceedings:** Initial Appearance pursuant to Rule 40 for Arrest in Our District for Defendants Failure to Appear in Another District. Proceedings held on 12/3/2021 before Magistrate Judge John V. Acosta as to Rolando Hernandez–Zamora (USM #15955–006). Defendant waived an in–person appearance and consented to appear by video from USM Lockup. Order Appointing Counsel: Attorney Bryan Francesconi is appointed to represent Defendant in this District. Defendant advised of rights and waived reading of the charges. Defendant waived preliminary/identity hearing. Waiver of Rule 40 Hearing received and to be entered. Detention Hearing is continued to 12/7/2021 at 1:30 PM in Portland by videoconference before the duty magistrate. ORDER – Defendant is detained pending further hearing. Counsel Present for Government: Meredith Bateman. Counsel Present for Defendant: Bryan Francesconi. Restraint Order: NR. (Court Reporter: Bonita Shumway) (pjg) (Entered: 12/03/2021) |
| 12/03/2021 | 4 | | Waiver of Rule 5 & 5.1 Hearings by Rolando Hernandez–Zamora (sb) (Entered: 12/03/2021) |
| 12/07/2021 | 5 | | **Minutes of Proceedings**: Detention Hearing held on 12/07/2021 before Magistrate Judge Youlee Yim You as to Rolando Hernandez–Zamora (USM #15955–006). Defendant waives an in–person appearance and consents to appear by video from USM Lockup. For reasons stated on the record, Defendant detained. Defendant is committed to the District of Alaska and shall be transported to that district in the custody of the U.S. Marshals Service. (Formal commitment order to follow.) Other Court Information: USA v. Rolando Hernandez–Zamora; Case Nos. 3:21–CR–00062–001–JMK–MMS. Counsel Present for Plaintiff: Ethan Knight for Meredith Bateman. Counsel Present for Defendant: Bryan Francesconi. (Court Reporter Ryan White) (pvh) (Entered: |

|  |  |  | 12/07/2021) |
|---|---|---|---|
| 12/07/2021 | <u>6</u> |  | Commitment to Another District as to Rolando Hernandez–Zamora. Defendant committed to District of Alaska. Original and two certified copies forwarded to U.S. Marshal on 12/8/2021. (sb) (Entered: 12/08/2021) |

```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants: Bryan Francesconi (bryan_francesconi@fd.org, michelle_rawson@fd.org,
orx_docketing@fd.org)
--Non Case Participants: U.S. Marshal Service (pdx.operations@usdoj.gov), U.S. Pretrial
Services (cmecf@orpt.uscourts.gov)
--No Notice Sent:

Message-Id:7659273@ord.uscourts.gov
Subject:Activity in Case 3:21-mj-00225 USA v. Hernandez-Zamora Initial Appearance - Out of
District Warrant
```
Content−Type: text/html

# U.S. District Court

## District of Oregon

**Notice of Electronic Filing**

The following transaction was entered on 12/3/2021 at 4:35 PM PST and filed on 12/3/2021

**Case Name:**   USA v. Hernandez−Zamora
**Case Number:**   3:21−mj−00225
**Filer:**
**Document Number:** 3(No document attached)

**Docket Text:**
**Minutes of Proceedings: Initial Appearance pursuant to Rule 40 for Arrest in Our District for Defendants Failure to Appear in Another District. Proceedings held on 12/3/2021 before Magistrate Judge John V. Acosta as to Rolando Hernandez−Zamora (USM #15955−006). Defendant waived an in−person appearance and consented to appear by video from USM Lockup. Order Appointing Counsel: Attorney Bryan Francesconi is appointed to represent Defendant in this District. Defendant advised of rights and waived reading of the charges. Defendant waived preliminary/identity hearing. Waiver of Rule 40 Hearing received and to be entered. Detention Hearing is continued to 12/7/2021 at 1:30 PM in Portland by videoconference before the duty magistrate. ORDER − Defendant is detained pending further hearing. Counsel Present for Government: Meredith Bateman. Counsel Present for Defendant: Bryan Francesconi. Restraint Order: NR. (Court Reporter: Bonita Shumway) (pjg)**

**3:21−mj−00225−1 Notice has been electronically mailed to:**

Bryan Francesconi &nbsp &nbsp bryan_francesconi@fd.org, michelle_rawson@fd.org, orx_docketing@fd.org

**3:21−mj−00225−1 Notice will not be electronically mailed to:**

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Rolando Hernandez-Zamora<br>*Defendant* | ) Case No. 3:21-mj-00225<br>)<br>) Charging District's Case No. 3:21-cr-00062-001-JMK-MMS |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* United States District Court for the District of Alaska.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 12.3.2021

*Defendant's signature*

*Signature of defendant's attorney*

Bryan Francesconi
*Printed name of defendant's attorney*

```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants: Meredith Bateman (june.thomquist@usdoj.gov,
meredith.bateman@usdoj.gov), Bryan Francesconi (bryan_francesconi@fd.org,
michelle_rawson@fd.org, orx_docketing@fd.org)
--Non Case Participants: U.S. Marshal Service (pdx.operations@usdoj.gov), U.S. Pretrial
Services (cmecf@orpt.uscourts.gov)
--No Notice Sent:

Message-Id:7662230@ord.uscourts.gov
Subject:Activity in Case 3:21-mj-00225 USA v. Hernandez-Zamora Initial Appearance - Out of
District Warrant
Content-Type: text/html
```

# U.S. District Court

## District of Oregon

**Notice of Electronic Filing**

The following transaction was entered on 12/7/2021 at 2:19 PM PST and filed on 12/7/2021

**Case Name:**  USA v. Hernandez-Zamora
**Case Number:**  3:21-mj-00225
**Filer:**
**Document Number:**  5(No document attached)

**Docket Text:**
 **Minutes of Proceedings: Detention Hearing held on 12/07/2021 before Magistrate Judge Youlee Yim You as to Rolando Hernandez-Zamora (USM #15955-006). Defendant waives an in-person appearance and consents to appear by video from USM Lockup. For reasons stated on the record, Defendant detained. Defendant is committed to the District of Alaska and shall be transported to that district in the custody of the U.S. Marshals Service. (Formal commitment order to follow.) Other Court Information: USA v. Rolando Hernandez-Zamora; Case Nos. 3:21-CR-00062-001-JMK-MMS. Counsel Present for Plaintiff: Ethan Knight for Meredith Bateman. Counsel Present for Defendant: Bryan Francesconi. (Court Reporter Ryan White) (pvh)**


**3:21-mj-00225-1 Notice has been electronically mailed to:**

Bryan Francesconi &nbsp &nbsp bryan_francesconi@fd.org, michelle_rawson@fd.org, orx_docketing@fd.org

Meredith Bateman &nbsp &nbsp meredith.bateman@usdoj.gov, june.thomquist@usdoj.gov

**3:21-mj-00225-1 Notice will not be electronically mailed to:**

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ROLANDO HERNANDEZ-ZAMORA | ) | Case No.  3:21-mj-225 |
| | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No.  3:21-CR-00062-001-JMK-MMS |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of  Alaska  ,

*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____ .

The defendant: ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  12/07/2021

*Youlee Yim You*
*Judge's signature*

The Honorable Youlee Yim You U.S. Magistrate Judge
*Printed name and title*