THE LAW OFFICE OF BRIAN HEADY, INC.
Brian D. Heady
205 E. Benson Blvd.
Anchorage, Alaska 99503
907-868-1932/office
907-868-1942/fax
bheady@headylawoffice.com
Attorney for Defendant, Rolando Hernandez-Zamora

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>           Plaintiff, )<br>)<br>vs. )<br>)<br>ROLANDO HERNANDEZ-ZAMORA, )<br>)<br>           Defendant. )<br>_____) | Case No. 3:21-cr-00062 JMK-MMS |

## **MOTION TO WITHDRAW AS COUNSEL**

Brian Heady, CJA appointed counsel for Mr. Hernandez Zamora, hereby submits Motion to Withdraw as Counsel. This motion is supported by an affidavit of counsel filed under seal.

Respectfully submitted this 19th day January 2023 at Anchorage, Alaska.

/s/Brian D. Heady
Attorney for Defendant Rolando Hernandez-Zamora
Alaska Bar No. 0709051

USA v. Hernandez Zamora; Case No. 3:21-cr-00062 JMK-MMS
Motion to Withdraw as Counsel
Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2023, a copy of the foregoing was served electronically on

Jennifer Ivers, AUSA

s/ Brian D. Heady

USA v. Hernandez Zamora; Case No. 3:21-cr-00062 JMK-MMS
Motion to Withdraw as Counsel
Page 2 of 2