THE LAW OFFICE OF BRIAN HEADY, INC.
Brian D. Heady
205 E. Benson Blvd.
Anchorage, Alaska 99503
907-868-1932/office
907-868-1942/fax
bheady@headylawoffice.com
Attorney for Defendant, Rolando Hernandez-Zamora

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | AFFIDAVIT OF COUNSEL |
| ROLANDO HERNANDEZ-ZAMORA, | ) ) ) | |
| Defendant. | ) ) | |
| _____) | | Case No. 3:21-cr-00062 JMK-MMS |

Brian Heady, being first duly sworn, deposes and states:

1. I am the CJA appointed counsel for Rolando Hernandez Zamora

2. I affirm that the statements made in the underlying Unopposed Motion to Continue the Status Hearing Currently Scheduled for March 24, 2023 are true and correct to the best of my knowledge.

Further Affiant sayeth Naught

/s/ Brian Heady

This electronic signature is executed under 28 U.S.C. sec 1746(1): I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed on March 13, 2023.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2023, a copy of the foregoing was served electronically on

Jennifer Ivers, AUSA

s/ Brian D. Heady