REGAN WILLIAMS LAW FIRM
Regan Williams
341 W. Tudor Road, Suite 201
Anchorage, AK 99516
Phone: (907) 529-3476
E-mail: regan@reganforce.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:21-cr-62-JMK-MMS |
| ) | |
| ROLANDO HERNANDEZ-ZAMORA, ) | |
| ) | **MOTION TO WITHDRAW** |
| Defendant. ) | |
| ) | |

Regan Williams, Counsel for Mr. Hernandez-Zamora, hereby requests to be withdrawn from this case. For most of this past year I have been communicating with Mr. Hernandez-Zamora via his girlfriend, with permission. From the start, Mr. Hernandez-Zamora has held extreme animus towards me making direct communication dreadfully difficult if not impossible. Mr. Hernandez-Zamora has recently been found competent to stand trial. He now seeks new counsel. There is no objection.

Dated this 20th day of February 2024,

                                                  s/ *Regan Lane Williams*
                                                Attorney for Defendant
                                                Rolando Hernandez-Zamora
                                                341 W. Tudor Road, Suite #201
                                                Anchorage, Alaska 99503
                                                Phone: (907) 529-3476
                                                E-mail: regan@reganforce.com

Alaska Bar No. 0705013

**CERTIFICATE OF SERVICE:**
I hereby certify that electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on **February 20, 2024**
All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

s/ Regan Williams

_USA v. Rolanda Hernandez-Zamora_ Case No. 3:13-cr-00062-SLG
Motion to Withdraw
Page 2 of 2