Alexis Howell
Carlson Law Group, LLC
645 G Street, Suite 100, #558
Anchorage, AK 99501
P: 907.677.8111
F: 907.917.2075
Email: alexis.h@bcarlsonlaw.com

CJA Counsel for Defendant

IN THE UNITED STATES

DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>ROLANDO HERNANDEZ-ZAMORA,<br>Defendant. | Case No.: 3:21-cr-1-JMK-MMS-7<br><br>**ORDER ON MOTION FOR BILL OF PARTICULARS** |

**THIS MATTER**, having come before the Court on Defendant Rolando Hernandez-Zamora's Motion for Bill of Particulars, having considered the Government's Opposition, if any, and considering the record, it is hereby ordered that Mr. Hernandez-Zamora's motion is **GRANTED**.

**IT IS FURTHER ORDERED**, that the Government shall provide the following information to Mr. Hernandez-Zamora within ten days of the distribution of this Order.

*By what specific means did Rolando allegedly use "any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce?"*

*On what dates between May 2016 and May 29, 2020, did Rolando allegedly violate this statute?*

*How many discrete occasions does the Government believe Rolando committed these offenses?*

*Which protective order or orders were violated during the alleged cyberstalking?*

**DATED** and **ENTERED** this \_\_\_\_ of _____2024, at Anchorage, Alaska.

_____
Honorable Matthew M. Scoble
UNITED STATES MAGISTRATE JUDGE