Alexis Howell
Carlson Law Group, LLC
645 G Street, Suite 100, #558
Anchorage, AK 99501
P: 907.677.8111
F: 907.917.2075
Email: alexis.h@bcarlsonlaw.com

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 3:21-cr-00062-MAH-MMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO ALLOW** |
| vs. | ) | **DEFENDANT TO REPLY TO** |
| | ) | **GOVERNEMENT'S OBJECTIONS** |
| ROLANDO HERNANDEZ-ZAMORA, | ) | **TO MOTION TO AMEND** |
| | ) | **PROTECTIVE ORDER (Dkt 326)** |
| Defendant. | ) | |
| | ) | |

**COMES NOW**, Defendant Rolando Hernandez-Zamora, by and through his counsel of record, Alexis E. Howell of Carlson Law Group, LLC, hereby moves this Honorable Court for an order allowing him to respond to the *Government's Objections to Motion to Amend Protective Order* (Docket 326). Rolando also respectfully requests that this Court grant him until October 4, 2024, to submit his Reply. The Government's Objections raise several issues not previously briefed in the original motion, and therefore Rolando respectfully requests the opportunity to respond.

///

MOTION TO ALLOW DEFENDANT TO
REPLY TO GOVERNMENT'S OBJECTIONS TO
MOTION TO AMEND PROTECTIVE ORDER (Dkt 326) *United States v. Hernandez-Zamora*
Page 1 of 2 Case No.: 3:21-cr-00062-JMK-MMS

Case 3:21-cr-00062-MAH Document 331 Filed 09/27/24 Page 1 of 2

Respectfully submitted this 27th day of September 2024.

/S/ Alexis Howell
645 G Street, Suite 100, #558
Anchorage, Alaska 99501
P: 907.677.8111 / F: 907.917.2075
Alaska Bar No.: 2305038

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of September 2024, a true and accurate copy of the Foregoing Document has been caused to be served via electronic filing to the parties, including:

AUSA Jennifer Lowe Ivers
AUSA Seth Beausang
AUSA Steven Clymer

*/S/ Alexis Howell*
Alexis Howell

MOTION TO ALLOW DEFENDANT TO
REPLY TO GOVERNMENT'S OBJECTIONS TO
MOTION TO AMEND PROTECTIVE ORDER (Dkt 326)    *United States v. Hernandez-Zamora*
Page 2 of 2                                    Case No.: 3:21-cr-00062-JMK-MMS

Case 3:21-cr-00062-MAH   Document 331   Filed 09/27/24   Page 2 of 2