IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:21-cr-00062-MAH |
| Plaintiff, | ORDER |
| v. | |
| ROLANDO HERNANDEZ-ZAMORA, | |
| Defendant. | |

HERNÁNDEZ, Senior District Judge:

Before the Court is the Government's request for a list of potential jurors [347]. Trial by jury is set to begin at 9:00 AM on November 18, 2024. The Court GRANTS the motion and both parties shall be provided with a list of prospective jurors no earlier than Friday November 15, 2024, upon request made to the jury clerk. The list shall contain only the full name of the prospective juror, the date of birth, and the community of residence, but not the juror's address. Neither party shall contact any prospective juror. If the parties conduct internet research, the parties shall not search for any prospective juror on any website or in any manner that would

1 – ORDER

alert the prospective juror that his or her profile has been searched for or viewed. Only publicly available information about the prospective jurors should be researched, excepting only APSIN, as discussed below. If the Government uncovers any state criminal records on any prospective juror, including through a search of the Alaska Public Safety Information Network (APSIN), the Government shall provide such information to the defense.

    IT IS SO ORDERED.

DATED:   November 9, 2024   .

                                                MARCO A. HERNÁNDEZ
                                                United States Senior District Judge