NATALIE K. WIGHT
United States Attorney
District of Oregon
STEVEN D. CLYMER
Special Attorney
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (315) 448-0684
Email: steven.d.clymer@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROLANDO HERNANDEZ-ZAMORA,<br><br>Defendant. | No. 3:21-cr-00062-MAH-MMS<br><br>Government's Public Filing of Previously Sealed Documents; Exhibit |

The United States of America, by and through its counsel of record, the United States Attorney for the District of Oregon, hereby files previously sealed documents, attached as Exhibit A, in compliance with the Court's Order filed December 9, 2024, at Docket #403.

The government notes that it cannot locate one of the documents that the Court ordered the government to file publicly, specifically Docket #327, a sealing order. The

*U.S. v. Hernandez-Zamora*
3:21-cr-00062-MAH-MMS

government may not have received this document from the Court. The docket entry for this document, dated September 24, 2024, reads as follows:

> *SEALED* MAH TEXT ORDER: The Court GRANTS the Motion to File Under Seal 326. (LMH, COURT STAFF,) (Entered: 09/24/2024)

This docket entry suggests that there may have been no separate document #327, but instead a text order only.

RESPECTFULLY SUBMITTED December 10, 2024, at Anchorage, Alaska.

NATALIE K. WIGHT
United States Attorney

_____
STEVEN D. CLYMER
Special Attorney, Department of Justice
Acting Under Authority Conferred by 28 U.S.C. § 515
United States of America


**CERTIFICATE OF SERVICE**
I hereby certify that on December 10, 2024 a true and correct copy of the foregoing was served electronically on all counsel of record.

United States Attorney's Office

*U.S. v. Hernandez-Zamora*
3:21-cr-00062-MAH-MMS