

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 8 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>ROLANDO HERNANDEZ-ZAMORA,<br><br>    Defendant - Appellant. | No. 24-7502<br><br>D.C. No.<br>3:21-cr-00062-MAH-1<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 3) by Alexis Howell to withdraw and to appoint new counsel is granted. *See* 18 U.S.C. § 3006A.

The clerk will terminate from the docket Alexis Howell and will add to the docket Gene Vorobyov, Law Offices of Gene Vorobyov, 2309 Noriega Street, No. 46, San Francisco, CA 94122.

New counsel must order transcripts by January 21, 2025. The transcripts are due February 20, 2025. The opening brief is due April 3 , 2025. The answering brief is due May 5, 2025. The optional reply brief is due within 21 days after service of the answering brief.

Former counsel is reminded that, in future appeals, a motion to withdraw must be served on appellant, and the proof of service must include appellant's current address. *See* 9th Cir. R. 4-1(c).

The clerk will serve this order on former counsel.

Within 7 days, counsel Vorobyov must serve this order on appellant and provide proof of service to this court, including appellant's address and registration number.