| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 6 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

ROLANDO HERNANDEZ-ZAMORA,

    Defendant - Appellant.

No. 24-7502

D.C. No. 3:21-cr-00062-MAH-1
District of Alaska, Anchorage

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The unopposed motion (Docket Entry No. 12) for an extension of time to file the opening brief is also treated as a motion for relief from default and is granted.

The opening brief is due August 22, 2025. The answering brief is due September 22, 2025. The reply brief is due 21 days after the answering brief is served.